# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CASEY THOMAS HAVARD** | § | **PLAINTIFF** |
| v. | § | Civil No. 1:20cv253-HSO-RHWR |
| **GOVERNOR TATE REEVES,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [37] of United States Magistrate Judge Robert H. Walker, entered in this case on June 22, 2022. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [37], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 19th day of July, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE